DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
GERONIMO SANCHEZ-DEGANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GERONIMO SANCHEZ-DEGANTE, <br> Defendant. | NO. CR.S-11-529-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER;** <br> **CONTINUING STATUS CONFERENCE** <br> **AND EXCLUDING TIME** <br><br> Date: March 2, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for GERONIMO SANCHEZ-DEGANTE, that the status conference hearing date of February 24, 2012 be vacated, and the matter be set for status conference on March 2, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to address the defendant's questions about how a guilty plea to the instant charge may affect his applications for legal status in the United States. Counsel believes that with an interpreter, this can be accomplished in approximately one week.

   Based upon the foregoing, the  parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including March 2, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 23, 2012.                    Respectfully submitted,

                                                 DANIEL J. BRODERICK
                                                 Federal Public Defender

                                                 /s/ Caro Marks
                                                 CARO MARKS
                                                 Designated Counsel for Service
                                                 Attorney for Geronimo Sanchez-Degante

DATED: February 23, 2012.                    BENJAMIN WAGNER
                                                 United States Attorney

                                                 /s/ Caro Marks for
                                                 MICHELE BECKWITH
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 24, 2012, status conference hearing be continued to March 2, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

1  in a speedy trial.  It is ordered that time up to and including the
2  March 2, 2012 status conference shall be excluded from computation of
3  time within which the trial of this matter must be commenced under the
4  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
5  Local Code T-4, to allow defense counsel reasonable time to prepare.
6  Dated:  February 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge